

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
VIRGINIA T. TOMOVA, ESQ.
Nevada Bar No. 12504
E-mail: Virginia.Tomova@wilsonelser.com
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Arturo C. Hernandez;
99 Cents Only Stores, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Sarah Chase Vivian-Ochs, <br><br> Plaintiff, <br><br> v. <br><br> Arturo Casa Hernandez, a California resident; 99 Cents Only Stores, LLC, dba 99 ¢ Only Stores, a California limited liability company, Does 1 through 10, inclusive, <br><br> Defendants. | Case No.: 3:20-cv-446 <br><br> **Defendants' Removal Petition** |

Defendants petition to remove this case to the United States District Court for the District of Nevada from the Second Judicial District Court for the State of Nevada. This petition for removal is signed per Rule 11.

Removal is appropriate per 28 U.S.C. § 1441 because diversity jurisdiction is present per 28 U.S.C. 1332. Plaintiff alleges she is a resident of Nevada.[1] Mr. Hernandez is a Californian.[2] 99 Cents Only Stores, LLC's sole member is Number Holdings, Inc, which is a Delaware corporation with its principal place of business in California.

---

[1] ECF No. 1-2 at ¶ 1.
[2] *Id*. at ¶ 2.

The amount in controversy is also satisfied. Before suit was filed Plaintiff served a settlement demand seeking $385,000.00.[3] This was based, in part, upon past medical expenses of $123,512.97. Removal occurred within 30 days of service on July 1, 2020.

Based upon this, diversity jurisdiction is present and timely invoked.

DATED this 30th day of July, 2020.

**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

BY:  */s/ Michael P. Lowry*
MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
VIRGINIA T. TOMOVA, ESQ.
Nevada Bar No. 12504
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Arturo C. Hernandez;
99 Cents Only Stores, LLC

**Certificate of Service**

Pursuant to FRCP 5, I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on July 30, 2020, I served **Defendants' Removal Petition** as follows:

☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

| |  |
|---|---|
| John D. Moore<br>Silver State Law, LLC<br>190 W. Huffaker Lane, Suite 401<br>Reno, NV 89511<br>Attorneys for Sarah Chase Vivian-Ochs | |

BY:  */s/ Michael Lowry*
An Employee of
**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

---

[3] ECF No. 1-3 at 3.

-2-