UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT C. WILSON,<br><br>　　　　　Plaintiff,<br>　v.<br>ARTURO C. HERNANDEZ, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:21-cv-00052-MMD-WGC<br><br><br>*and related case* |
| SARAH CHASE VIVIAN-OCHS,<br><br>　　　　　Plaintiff,<br>　v.<br>ARTURO CASAS HERNANDEZ, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:20-cv-00446-RCJ-CLB<br><br>REASSIGNMENT ORDER |

The presiding District Judges in these actions have individually and collectively determined that these actions are related and that there is good cause to reassign them to one District Judge pursuant to Local Rule 42-1(b). Additionally, transfer will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties.

Accordingly, it is hereby ordered that Case No. 3:21-cv-00052-MMD-WGC is reassigned to District Judge Robert C. Jones and Magistrate Judge Carla L. Baldwin, and all future pleadings must bear case number 3:21-cv-00052-RCJ-CLB.

DATED THIS 25th Day of June 2021.

_____   _____
MIRANDA M. DU                                         ROBERT C. JONES
CHIEF UNITED STATES DISTRICT JUDGE   UNITED STATES DISTRICT JUDGE